IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNON MACKERETH; JONATHAN YOUNG; and ALYSSA WETZEL, *on behalf of themselves and all others similarly situated*,<br><br>　　　　**Plaintiffs,**<br><br>　v.<br><br>KOOMA, INC. d/b/a KOOMA; KOOMA VIET INC.; KOOMA RIVERFRONT; KOOMA II, LLC; SCOTT KIM; JANG MOON; YUNG H. KWUN; JIN Y KIM; and DOE DEFENDANTS 1-10,<br><br>　　　　**Defendants.** | CIVIL ACTION<br>NO. 14-04824 |

## ORDER

AND NOW, this 14th day of May, 2015, upon consideration of Defendants' Motion to Dismiss, (Doc. No. 32), Plaintiffs' response in opposition, (Doc. No. 33), and Defendants' reply, (Doc. No. 34), is it hereby **ORDERED** that:

1. The Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**.

2. Count V is **DISMISSED**.

3. Counts I-IV, VI, and VII against defendants Kooma Riverfront, Scott Kim, Jang Moon, Yung H. Kwun and Jin Y. Kim are **DISMISSED**.

4. Defendants' Motion to Dismiss Counts I-IV, VI, and VII against Kooma, Inc., Kooma Viet Inc., and Kooma II, LLC is **DENIED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ Gerald J. Pappert
　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.